Present—Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ. [See *post,* p. 977.]

In the Matter of the Claims of THOMAS ACCORDINO et al., on Behalf of Themselves and All Others Similarly Situated, Appellants. EDWARD CORSI, as Industrial Commissioner, Respondent. SCINTILLA MAGNETO DIVISION-BENDIX AVIATION CORPORATION, Employer.—

Present—Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.